1040

No. 1259. HUCK v. FOSSLEITNER. Sup. Ct. Pa. Certiorari denied. *John B. Nicklas, Jr.,* and *Kelly Litteral* for petitioner.

No. 1260. CONE MILLS CORP., UNION BLEACHERY DIVISION v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Robert T. Thompson* for petitioner. *Solicitor General Griswold* and *Arnold Ordman* for respondent.

No. 1261. GAJEWSKI ET AL. v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John M. Brant* for the United States et al.

No. 1262. BLUM v. GREAT LAKES CARBON CORP. C. A. 5th Cir. Certiorari denied. *Chris Dixie* for petitioner. *Joseph B. Donovan* for respondent.

No. 1264. STEIN ET AL. v. McGUIGAN, SUPERINTENDENT OF EAST MAINE SCHOOL DISTRICT No. 63, ET AL. C. A. 7th Cir. Certiorari denied. *Yale Stein, pro se,* and for other petitioners. *William J. Scott,* Attorney General of Illinois, and *Francis T. Crowe,* Assistant Attorney General, for respondent Page.

No. 1265. ANGELINI, DBA ANGEL & KAPLAN SPORTS NEWS SERVICE v. ILLINOIS BELL TELEPHONE CO. ET AL. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* and *Edward J. Calihan, Jr.,* for petitioner. *Robert V. R. Dalenberg* for Illinois Bell Telephone Co., and *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States, respondents.